THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ZACHARY RAHMAN an individual ) <br> 2. CHRISTOPHER WRIGHT an ) <br> Individual ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> 3. UNITED FORD SOUTH, L.L.C. ) <br> d.b.a BILL KNIGHT FORD ) | Case No.  14-CV-631-TCK-PJC <br><br> JURY TRIAL DEMAND |

## COMPLAINT

**COMES NOW**, the Plaintiffs by and through their attorney of record and for their cause of action shows the court as follows:

### Jurisdiction

1. Pursuant to 28 USC § 1332 this court has jurisdiction as a result of the violation of a federal question; namely, the violation of Title VII of the Civil Rights,  42 USC § 2000e

### Statement of the Case

2. On or about August 2012  the Plaintiff Rahman was hired by the Defendant as an Apprentice Technician in the Service Department.

3. The Plaintiff  Rahman is a African American male and whose national origin is the Republic of India in South Asia.

4. The Plaintiff Christopher Wright is a African American male who was hired by the Defendant in August 2012

5. The Defendant is a business entity selling and servicing automobiles in Tulsa County, State of Oklahoma.

6. Bill Duensing, was the supervisor for both Plaintiffs.

7. Jeff Ostler was the Plaintiff's mentor by during his apprenticeship with the Defendant.

8. From the beginning of Rahman's employment and continuing until October 2013 he experienced racial discrimination by Bill Duensing, Donald Scott, and Jeff Ostler.

9. Beginning in August 2012 until October 2013 Wright experienced racial discrimination at the hands of Duensing, Scott and Jeff Olster, and Dillion (last name unknown)

10. Some examples of the discriminatory behavior are as listed below, however such list is not necessarily exhaustive.

11. In May 2013 while working a scheduled Saturday Dillon told Wright a story of when he was in jail and fought a black male who he stated was a "big black porch monkey". He then asked Wright what he would do if he called the Plaintiff a porch monkey?" Wright told him he would be mad, then Dillon proceeded to call him a porch monkey.

12. In early June 2013, Bill Duesnsing, when told that Rahman could not swim commented, Oh, so you would be a brown turd floating?"

13. In June 2013 Duensing, made the comment, to both Wright and Raham, " Ya'll are the ones who shoot like this (holding an imaginary gun sideways and grabbing his crotch).

14. Ostler commented to Wright I think it's racist that blacks have their own TV channel."

15. On July 17th 2013, Jeff Ostler made the comment, We never had an issue with there not being enough blacks at our school, but they were the only ones being arrested"

16. On or about July 17th, 2013 Donald Scott made the comment "Zach, where is your slave driver? So he's making a black man stay and work? I bet he says, 'just do it' and you say 'yes um master'.

17. On or about July 18th Jeff Ostler made the comment, "If I hit you in the nose right now it would turn into a real brother's nose"

18. On or about July 19th 2013, Donald Scott referred to me as a "afro American"

19. On or about July 30th 2013, Cody (an employee of the Defendant) asked me "where is your master, I mean Jeff?" Jeff Ostler laughed and replied, "where's your master, that's awesome."

20. On or about July 31st, 2013, Jeff Ostler made the comment "Get used to being in a cop car. Black people get arrested at least once in their life."

21. In mid- August, 2013, Jeff Ostler asked me, "Why do all black people have welfare?"

22. On August 14, 2013 Ostler made the comment, "I don't understand why you can't go buy a beer or a hand gun but you can go die for your country. Even though I wouldn't want a bunch of 'you people' running around drunk with guns".

23. On August 28th Duensing asked me "What do you want? You and your people always want something."

24. On or about August 28th, Donald Scott asked me, "Hey, are you trying to wash the black off? You want to be like us?"

25. On or about September 16th Bob Craig ( an employee of the Defendant) made the comment, "Zach, stick to the black girls; white girls are off limits.

26. On or about September 16th 2013, Mike Durett and Ostler made comments about me cutting my hair by referencing how the Plaintiff was no longer "nappy-headed."

27. On or about September 24th Olster told me, Zach, I watching Animal Planet last night and there was a young monkey on there that reminded me of you."

28. On or about September 25th 2013 Cody made the comment "Zach aren't you a gangster since your black?'

29. On October 4th, 2013 an unknown employee of Bill Knight Ford drew a noose and the word nigger on the Raham's toolbox.

30. On or about October 9th 2013, Ostler told Raham "If you get caught driving downtown with your dark skin tome in that kind of care, someone is going to ask you what gang you're from."

31. Both Plaintiffs allege that their employer allowed such unlawful harassment to rise to such a level that a reasonable employee would have no choice but to elect to resign rather than continue to endure it.  As a result Wright resigned in mid July 2013 and Rahman resigned near the end of October 2013.

32. At all times the Defendant's actions were intentional or done with reckless disregard of the Plaintiff's rights.

33. Both Plaintiffs filed a complaint alleging discrimination based on race and national origin with the Equal Employment Opportunity Commission; exhausted their administrative remedies and brings this action.

34. Both Plaintiffs were subject to harassment based on race and in the alternative Rahman suffered harassment based on national origin.

35. Such harassment was severe or pervasive and altered the Plaintiffs' condition of employment.

36. That as a result of the harassment both Plaintiffs resigned their positions and were constructively discharged.

**WHEREFORE,** the Plaintiff prays for judgment against the Defendant for lost wages; front pay; compensatory damages; including but not limited to damages for emotional pain and suffering; consequential damages; punitive damages; the cost of the action including a reasonable attorney fee and other costs the court deems just and equitable.

Respectfully discharged

/s/ David Blades

DAVID R. BLADES OBA 15187
BLADES & GEE PLLC
7170 SOUTH BRADEN AVE STE 140
TULSA, OKLAHOMA 74136
(918) 493-6464