IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

ZACHARY RAHMAN an individual and
CHRISTOPHER WRIGHT an individual,

    Plaintiffs,

vs.

UNITED FORD SOUTH, L.L.C.,
d.b.a BILL KNIGHT FORD,

    Defendant.

Case No. 14-CV-631-TCK-PJC

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Zachary Rahman and Christopher Wright, by and through their attorney of record, David R. Blades, of the firm Blades & Gee PLLC, joining with Defendant, United Ford South, L.L.C., d/b/a Bill Knight Ford, by and through its attorney of record, Hilary S. Allen, of the firm Durbin, Larimore & Bialick , and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

*s/David R. Blades*
David R. Blades, OBA 15187
Blades & Gee PLLC
7170 S. Braden Ave Ste 140
Tulsa, OK 74136
Attorneys for Plaintiff
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*

*s/ Hilary S. Allen*
Hilary S. Allen, OBA#16979
Catherine A. Butts, OBA #31957
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone:  (405) 235-9584
Facsimile:  (405) 235-0551
E-Mail: dlb@dlb.net
Attorneys for Defendant

#11031051v1<OKC> -Joint Stip for DWP 2096.0228